UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIRSTEN A STAPLES,<br><br>                  Plaintiff,<br><br>     v.<br><br>STARBUCKS CORPORATION *et al.*,<br><br>                 Defendants. | CASE NO. **2:26-cv-01851-LK**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 1** |

The Court **GRANTS** the application to proceed in forma pauperis (Dkt. 1) and recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before a summons is issued.

The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 6th day of July, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS, DKT. 1 - 1